Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

**IN RE:**

Tita Teresa Partida

**Debtor**

CASE: 24-25021

CHAPTER 13

Hon. PEGGY HUNT

Confirmation Hearing: 3/6/25  10:30 am

### TRUSTEE'S OBJECTION TO CONFIRMATION AND RECOMMENDATION OF DISMISSAL UNDER 1307(c) IF UNABLE TO RESOLVE

Lon A. Jenkins, Chapter 13 Trustee, hereby objects to confirmation of the Debtor's plan and in support thereof represents as follows:

   1. The Debtor filed a Chapter 13 petition for relief on September 30, 2024 and the First Meeting of Creditors under section 341 was continued and held on January 30, 2025.

   2. It is uncertain if the Debtor(s) will be able to make regular plan payments because it appears they are receiving less income than listed on Schedule I. The Debtor(s) are no longer receiving rental income.

   3. Schedule A/B fails to fully disclose and value the following property of the estate: Acorn Investment and Venmo financial accounts.

4. The Debtor(s) failed to produce at the 341 Meeting statements from their Acorn Investment and Venmo financial account(s) for the period that covers the petition date (see Fed. R. Bankr. P. 4002(b)(2)(B)).

5. The Trustee requests an update at Confirmation regarding: the probate settlement from the mother's estate.

6. This is a below median case with assets to fund the plan. The Trustee opposes an extension of time to complete the case beyond 36 months for lack of cause under 1322(d)(2). If the case is not completed by 36 months, the case must be dismissed by declaration of non-compliance and order of dismissal.

7. The Trustee hereby makes a motion to dismiss under LR 2083-1(g) for failure to turnover the following documents: bank statements. The Trustee will seek dismissal at the confirmation hearing set for Mar 6 2025 10:30AM unless the missing documents are provided no later than 14 days prior to the confirmation hearing is scheduled or an objection to dismissal is filed.

WHEREFORE, the Trustee objects to confirmation of the Debtor's plan. If the Debtor is unable to resolve the objection by the confirmation hearing, the Trustee will move to dismiss or convert the case.

Dated: February 4, 2025                    Lon A. Jenkins
                                           Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Objection to Confirmation was served on the following parties on February 05, 2025:

Tita Teresa Partida, 930 E 22nd St, Ogden, UT 84401

BRIAN D. JOHNSON, ECF Notification

                                           /s/ Chelsea Anderson